JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Alen Rogers,<br><br>         Plaintiff,<br><br>    vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No. 2:22-cv-00873-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from October 11, 2022, to December 12, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

　　This is Plaintiff's second request for an extension of time. In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR). A review of the records received shows

1. Counsel has received at least 50 CARs, the majority of which were filed in June
2. 2022.  This has caused an unusually large number of cases that have merit briefs
3. due in the months of August and September.
4.     For the weeks of October 10, 2022 and October 17, 2022, Counsel currently
5. has 10 merit briefs, and several letter briefs and reply briefs.  Additional time is
6. needed to thoroughly brief this matter for the Court.
7.     Also, as previously reported, Counsel for Plaintiff underwent major
8. orthopedic surgery in March 2022, requiring significant physical therapy. This has
9. required Plaintiff's counsel to take time off during the work week and work
10. months since then. Although much improved, Counsel still participates in regular
11. physical therapy two to three times per week.
12.     Lastly, Counsel for Plaintiff and his husband are expecting their fourth child
13. through surrogacy and time off or a reduction in workhours during the last week of
14. October 2022 is expected.
15.     Defendant does not oppose the requested extension.  Counsel apologizes to
16. the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:        October 4, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: October 4, 2022        PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation

Social Security Administration

By: *underline*/s/ Oscar Gonzalez de Llano*underline*
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on October 4, 2022)

## [PROPOSED] ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:  October 6, 2022                              _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE