JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Daniel Alan Rogers,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:22-cv-00873-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from  December 12, 2022 to December 16, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's ~~third~~ **second** request for an extension of time.  This request for an extension of time is made in good faith with no intention to further delay this matter.  For the weeks of December 5, 2022 and December 12, 2022, Counsel

currently has 16 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours for the months of November and December 2022.  An extension to December 16, 2022, will allow Counsel to thoroughly brief this matter for the Court.

Respectfully submitted,

Dated: December 1, 2022          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff



Dated: December 1, 2022          PHILLIP A. TALBERT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Office of Program Litigation
                                 Social Security Administration


By:  */s/ Oscar Gonzalez de Llano*
     Oscar Gonzalez de Llano
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on Dec. 1, 2022)

2

# ~~[PROPOSED]~~ ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   __December 6, 2022__                              _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE