1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Oscar Gonzalez de Llano
4  Special Assistant United States Attorney
           Social Security Administration
5          160 Spear Street, Suite 800
           San Francisco, CA 94105
6          Telephone: (510) 970-4818
           Email: Oscar.Gonzalez@ssa.gov
7  Attorneys for Defendant

8

9

10

11                UNITED STATES DISTRICT COURT

12                EASTERN DISTRICT OF CALIFORNIA

13

14  DANIEL ALEN ROGERS,                  No. 2:22-cv-00873-JDP

15         Plaintiff,
                                         STIPULATED MOTION AND [PROPOSED]
16  v.                                   ORDER FOR AN EXTENSION OF TIME TO
                                         RESPOND TO PLAINTIFF'S MOTION FOR
17  KILOLO KIJAKAZI,                     SUMMARY JUDGMENT
       Acting Commissioner of Social Security,
18
           Defendant.
19

20
       IT IS HEREBY STIPULATED, by and between the parties through their respective
21
counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's
22
Motion for Summary Judgment be extended forty-five days (45) days from January 30, 2023 to
23
March 16, 2023.  This is Defendant's first request for an extension.  Counsel for Plaintiff has no
24
objection to Defendant's request for an extension.
25
       Good cause exists for this request.  Defendant respectfully requests this additional time
26
because Counsel for Defendant has and will be unable to devote the time required to complete its
27
response.  Counsel for Defendant was out of the office on scheduled leave from 12/23/2022
28

Stipulated Motion for Extension of Time
                                          1

1  through 1/6/2023 and then unexpectedly had to take leave to travel to Florida on 1/13/2023 to be
2  with his grandmother who was under hospice care and passed away last week.  Counsel returned
3  to the office last week and has been unable to finalize the response to Plaintiff's Motion for
4  Summary Judgment given the amount of time he recently has been out of the office.  Given this
5  situation an extension until March 16, 2023 should provide an opportunity for the undersigned
6  Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary
7  Judgment.  Furthermore, a reassignment of this matter to another staff attorney is currently not
8  tenable given the high volume of cases that all of our limited staff is handling.  Counsel
9  apologizes to the Court for any inconvenience caused by this delay and does not anticipate the
10  need for any further extensions.  All other dates in the Court's Scheduling Order shall be
11  extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: January 30, 2022       By:   *s/ Oscar Gonzalez de Llano*
                                   OSCAR GONZALEZ DE LLANO
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

Respectfully submitted,

Attorneys for Plaintiff

DATE: January 30, 2022       By: *s/ Jonathan Omar Pena*  *
                                   Jonathan Omar Pena
                                   Pena & Bromberg
                                   (*as authorized by email on January 27, 2023)

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 16, 2023, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   February 2, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE