JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Alen Rogers,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 2:22-cv-00873-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from March 29, 2023 to April 12, 2023, for Plaintiff to serve on defendant with Plaintiff's Reply Brief.

　　　This is Plaintiff's third request for an extension of time.  Good cause exists for the requested extension. Plaintiff's Counsel inadvertently failed to calendar the deadline for 14 days.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 31, 2023  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: March 31, 2023  PHILLIP A. TALBERT
    United States Attorney
    MATHEW W. PILE
    Associate General Counsel
    Office of Program Litigation
    Social Security Administration

By: *\*/s/Oscar Gonzalez de Llano*
    Oscar Gonzalez de Llano
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on March 31, 2023)

## [PROPOSED] ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:  April 5, 2023                          _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE